LODGED
AUG 07 2017
Clerk, U.S. District Court
District Of Montana
Great Falls

FILED
AUG 0 8 2017
Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATIONS: 6564652 6564653 |
|---|---|
| Plaintiff, | |
| vs. | Location Code: M13 |
| BRYCE MIRONUCK, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a fine amount of $100 and a $30 processing fee for VN 6564652; $500 and a $30 processing fee for VN 6564653 for a total amount of $660 in full by August 11, 2017. Payment(s) should be mailed to the following address:

> CENTRAL VIOLATIONS BUREAU
> P.O. Box 71363
> Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that the defendant will immediately remove the following eight photographs used for commercial purposes from his website – "Bryce Mironuck Photography" located at http://brycemironuck.com as well as Instagram, Facebook and Pinterest :

Triple Falls – closed area
http://brycemironuck.com/mountains/what-dreams-may-come#GalleryJump
https://www.instagram.com/p/BVGDScqgpG1/?taken-by=brycemironuck_photography&hl=en
Off Trail
https://www.instagram.com/p/BNGRuChh4rC/?taken-by=brycemironuck_photography&hl=en
http://brycemironuck.com/mountains/light-the-fuse#GalleryJump
https://www.instagram.com/p/BWbA5r7ASkA/?taken-by=brycemironuck_photography&hl=en
http://brycemironuck.com/mountains/the-coalescence#GalleryJump
http://brycemironuck.com/mountains/furtive-flection#GalleryJump
https://www.instagram.com/p/BM7pUcVBPml/?taken-by=brycemironuck_photography&hl=en

IT IS FURTHER ORDERED that the initial appearance in the above captioned matter, currently scheduled for August 11, 2017, is VACATED.

DATED this 8th day of August 2017.

John Johnston
United States Magistrate Judge